UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MANUEL CANALES-MARADIAGA

CRIMINAL

NO. CR 10-40-JJB-DLD

### NOTICE TO COUNSEL

Re-arraignment is set in this matter is hereby assigned for **TUESDAY, JUNE 1, 2010, AT 9:00 A.M. IN COURTROOM ONE.**

Counsel for the United States shall submit to the court, not later than **SEVENTY-TWO HOURS** prior to the date of the re-arraignment, any documents to be used during the rearraignment, including, but not limited to the following: (1) waiver of indictment; (2) bill of information; (3) signed copy of plea agreement; and (4) any written factual basis to be read into the record or used by any witness.

Baton Rouge, Louisiana, May 19, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

By: *Suzie Edwards*
Suzie Edwards
Courtroom Deputy

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain the defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause the defendant's presence at such hearing.*